UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RUDY WILKINS,

    Plaintiff,

  v.

ALAMEDA COUNTY SHERIFF'S OFFICE, et al.,

    Defendants.

Case No. 15-cv-01859-PJH

**ORDER OF REASSIGNMENT**

On May 29, 2015, this case was reassigned to the undersigned because plaintiff had not returned the consent/declination form for a Magistrate Judge. However, on June 2, 2015, the Court received plaintiff's form indicating that he consented to a Magistrate Judge. Therefore, this case is reassigned to Magistrate Judge Laurel Beeler.[1]

**IT IS SO ORDERED.**

Dated: June 15, 2015

PHYLLIS J. HAMILTON
United States District Judge

\\CANDOAK\Data\Users\PJHALL\_psp\2015\2015_01859_Wilkins_v_Alameda_County_Sheriffs_Office_(PSP)\15-cv-01859-PJH-_reassign.docx

---

[1] Plaintiff has also consented and proceeds with another case with the Magistrate Judge Laurel Beeler. Case No. 15-cv-1706-LB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY WILKINS,<br><br>        Plaintiff,<br><br>   v.<br><br>ALAMEDA COUNTY SHERIFF'S OFFICE, et al.,<br><br>        Defendants. | Case No.  15-cv-01859-PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 15, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rudy Wilkins ID: AQM 932
Santa Rita Jail
5325 Broder Blvd.
Dublin, CA 94568

Dated: June 15, 2015

Richard W. Wieking
Clerk, United States District Court

By:_____
Nichole Peric, Deputy Clerk to the
Honorable PHYLLIS J. HAMILTON

2