UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RUDY WILKINS,<br><br>    Plaintiff,<br><br>  v.<br><br>OLLIS,<br><br>    Defendant. | Case No. 15-cv-01859-LB (NJV)<br><br>**REPORT OF PRO SE PRISONER<br>EARLY SETTLEMENT PROCEEDING** |

A settlement conference was held on June 27, 2017 at San Quentin State Prison, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X ) Plaintiff, Rudy Wilkins, Pro Se.

    ( ) Warden or warden's representative

    ( X ) Office of the California Attorney General, Scott Feudale.

    ( ) Other:

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    ( ) The case has been completely settled. The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

    ( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

( X ) The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: 8/2/2017

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY WILKINS,<br><br>    Plaintiff,<br><br>  v.<br><br>OLLIS,<br><br>    Defendant. | Case No. 15-cv-01859-LB (NJV)<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on August 2, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rudy Wilkins ID: AY1674
San Quentin State Prison H-Unit, Dorm 2, Bed 4
San Quentin, CA 94964

Dated: August 2, 2017

                                         Susan Y. Soong
                                         Clerk, United States District Court

                                         By: *[signature]*
                                         Gloria Knudson, Deputy Clerk to the
                                         Honorable NANDOR J. VADAS